No. 489. DAVIS *v.* BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK. Appeal from the Supreme Court of New York, Albany County. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a properly presented federal question. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS dissent. *William J. Hughes, Jr.* and *James F. Reilly* for appellant. *Jacob K. Javits,* Attorney General of New York, and *Henry S. Manley,* Acting Solicitor General, for appellee.

No. 31, Misc. KAY *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit. *Per Curiam:* The motion for leave to proceed in forma pauperis and the petition for writ of certiorari are granted. Upon consideration of the Government's confession of error and examination of the record the judgment of the Court of Appeals is vacated and the case is remanded to the District Court for hearing on petitioner's motion to vacate the judgment. Petitioner *pro se. Solicitor General Soboloff* for the United States.